FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

2009 MAR 19  PM 1:38

Jacksonville Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**CIVIL RIGHTS COMPLAINT FORM**

PHILLIP DAUGHTRY #K53079  CASE NUMBER: 3:09-cv-262-f-32JRK

PLAINTIFF PROSE
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison
number, if applicable)

v.

SGt. NAPIER

c/o NORMAN

c/o Hodges

c/o ASKEW

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

DEFENDANT(S) Et AL.
ARE SUED IN their individual
CAPACITIES AND MALFICOUS
Conduct (B.) DEFENDANT(S)
ARE SUED individual CAPACITIES
individuALLY. (C.) PLAINtiFF SEEKS
DECLARAtORY Judgment inJunctive
RELIEF and CompENSAtORY And
PUNitive dAMAGE AS RELIEF(DJ
REQUESt trial by JuRY.

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.  PLACE OF PRESENT CONFINEMENT: UNION CORRECTIONAL INStitut-
(Indicate the name and location)

ion 7819 N.W. 228th StrEEt, RAiford, FLORIDA 32026

II.  DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (√) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

DC 225 (Rev. 9/03)                              1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

    1.  Informal Grievance (Form DC3-005)
    2.  Formal Grievance (Form DC1-303)
    3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

    2.  If so, you must attach a copy of the grievance and response to this Complaint form.

    3.  Were you denied emergency status? Yes ( ) No (✓)

        a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

        b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( √ )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.   Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( √ )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( √ ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.   Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( √ ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___16___ day of __March_____, 2 0 0 9 .

_____
Signature of Plaintiff

III.    DOES YOUR COMPLAINT/ CONCERN EVENTS IN A COUNTY JAIL OR LOCAL
        FACILITY? Yes ( ) No (√)

        If your answer is YES, answer the following questions.

        A.  Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

        B.  Did you present the facts relating to your Complaint in the grievance procedure? Yes
            ( ) No ( )

        C.  If your answer is YES:

            1.  What steps did you take? _____

            _____

            2.  What were the results? _____

            _____

            3.  To demonstrate exhaustion, you must submit copies of all relevant
                grievances/appeals and responses.

        D.  If your answer is NO, explain why not: _____

        _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE
QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.


                                                _____
                                                Signature of Plaintiff

DC 225 (Rev. 9/03)                              4

IV.    PREVIOUS LAWSUITS:

A.    Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B.    Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.    Parties to previous lawsuit:

Plaintiff(s): PHILLIP DAUGHTRY

Defendant(s): SGt. KEnt c/o BullARd c/o tinA wHEELER c/o WALDEn micHEAL HICKS , NURSE FoRsyth

2.    Court (if federal court, name the district; if state court, name the county):

United States District Court middle district

3.    Docket Number: 3:09 - CV-67-J-32 - JRK

4.    Name of judge: JAMES R. KLindt

5.    Briefly describe the facts and basis of the lawsuit: Physically Assaulted REtAliated oN denied medical treatment And Depriving me oF my Food trAys /

6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

Still PEnding

7.    Approximate filing date: 1 - 26 - 09

8.    Approximate disposition date: N/A

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_N/A_

_____

_____

_____

_____

V.    PARTIES:  In part A of this section, indicate your _full name_ in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: _PHiLLiP  DAUGHTRY_

Mailing address: _Union  CORRECTIONAL  INSTITUTION, 7819 N.W._

_228th  StREEt,  RAiFoRd,  FLORidA  32026_

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: _SGt. NAPiER_

Mailing Address: _Union  CORRECTIONAL  INStitution, 7819_

_N.W  228th  StREEt,  RAiFoRd, FLORidA  32026_

Position: _SERGEANT_

Employed at: _Union  CorrectioNAL  INstitution_

D.  Defendant: _C/o  NORMAN_

Mailing Address: _7819  N.W.  228th  StREEt,  RAiFoRd,_

_FLORidA  32026_

Position: _CORRECTIONAL  OFFiCER_

Employed at: _Union  CORRECTiONAL  institutioN_

E. Defendant: C/o HodgES

Mailing Address: 7819 N.W. 228th StREET RAiFoRd, FLoRidA 32026

Position: CORRECTioNAL OFFiCER

Employed at: UNiON CORRECTioNAL INStiTutioN

F. Defendant: C/o ASKEW

Mailing Address: 7819 N.W. 228th StREET RAiFoRd FLoRidA 32026

Position: CORRECTioNAL OFFiCER

Employed at: UNiON CORRECTioNAL INStiTutioN

G. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

VI.   <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

(11) DEFENDANT NAPIER ACTIONS IN USING PHYSICAL FORCE AGAINST PLAINTIFF WITHOUT NEED OR PROVOCATION OR IN EXERCISING EXCESSIVE FORCE WERE DONE "MALICIOUSLY" AND "SAD- ISTICALLY" AND CONSTITUED CRUEL AND UN- USUAL PUNISHMENT IN VIOLATION (Cont. on Pgs 8-A)

VII.  <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. <u>Do not make any legal arguments or cite any cases or statutes.</u> State with as much specificity as possible the facts in the following manner:

1.  Name and position of person(s) involved.
2.  Date(s).
3.  Place(s).
4.  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.  Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

PLAINTIFF WAS IN A MENTAL HEALTH TRANSITION CARE UNIT PROGRAM FOR MULTIPLE MENTAL ILLNESSES/
UPON INFORMATION AND BELIEF DEFENDANT(S) ARE CORRECTIONAL OFFICER(S) AT UNION CORRECTIONAL INSTITUTION!
ON FEBURARY 10, 2008, AT APPROXIMATELY 8:20 A.M. THROUGH 8:40 A.M. PLEASE REVIEW QUAD (4) U-DORM CAMERAS ACCORDANCE

<u>Continue STATEMENT OF CLAIM</u>

OF PLAINTIFF 8th AND 14th AMENDMENTS To The U.S. Constitution FoR Knowingly oR RECKLESSLy DIS-REGARDED Risk OF SERIOUS HARM deLiberate in-diFFERENCE To A SubstANtiAL Risk oF SERIOUS HARM <u>Acts</u> oR <u>omissions</u> RESULTed in The Con-stitutionAL dEPRivAtion by having PLAintiFF ASS—AULTed by AnotHER inmATE And PERSONAL ASSAULTed PLAintiFF <u>Act</u> with bad FAith gRoss NEgLigENCE out oF RetALiAtions.

(2,) DEFENdAnt NORMAN Actions in using PhysicAL FoRCE AgAinst PLAIntiFF without NEED oR PRovoCAtion oR In EXERCISING EXCESSIVE FoRCE WERE DonE "<u>MALiCiousLy</u>"And <u>sAdisticALLy</u>"And constitued CRUEL And unusuAL PunishmENt in VioLAtion oF PLAIntiFF 8th And 14th AmEnd-ments To The U.S. Constitution FoR Knowingly oR RECK-LESSLy DISREgARded Risk oF SERIOUS HARM dELiberATE indiFFERENCE To A SubstAntiAL Risk oF SERIOUS HARM <u>Acts</u> oR <u>omissions</u> RESULTed in The ConstitutionAL dEPRivAtion by having PLAIntiFF ASSAULTed by AnotHER inmATE And PERSONAL ASSAULTed PLAIntiFF <u>Act</u> with bad FAith gRoss NEgLigENCE out oF RetALiAtions.

Continue STATEMENT OF CLAIM

(3.) DEFENDANT Hodges Actions in using Physical Force Against Plaintiff without NEED OR PROVOCATION OR in EXERCISING EXCESSIVE FORCE WAS done "MALICIOUSLY" And "Sadistically" And constitued CRUEL And UNUSUAL Punishment in VIOLATION OF PLAINTIFF 8th And 14th AMENDments To The U.S. Constitution FOR Knowingly OR RECKLESSLY DISREGARDED Risk OF SERIOUS HARM dELiBERATE indiFFERENCE To A Substantial Risk OF SERIOUS HARM Acts OR Omissions RESULTED in the Constitutional dEPRiVATION by having PLANITIFF ASSAULTED by Another INMATE AND PERSONAL ASSAULTED PLAINTIFF Act with bad Faith gross NEGLIGENCE Out OF RETALIATIONS.

(4.) DEFENDANT ASKEW Actions in using Physical Force Against PLAINTIFF without NEED OR PROVOCATION OR IN EXERCISING EXCESSIVE FORCE WAS done "MALICIOUSLY" And Sadistically And constitued CRUEL And UNUSUAL Punishment in VIOLATION OF PLAINTIFF 8th and 14th AMENDMENTS To The U.S. Constitution FOR Knowingly OR RECKLESSLY DISREGARDED Risk OF SERIOUS HARM dELiBERATE indiFFERENCE To A Substantial Risk OF SERIOUS HARM Acts OR Omissions Resulted in The Constitutional dEPRIVATION by having PLAINTIFF ASSAULTED by Another INMATE And PERSONAL ASSAULTED Plaintiff Act with bad Faith gross NEGLIGENCE Out OF RETALIATIONS.

Continue STATEMENT OF CLAIM

(5.) DEFENDANT NAPIER Actions in using Physical Force Against Plaintiff without NEED OR Provocation Constitued The tort's OF ASSAULT And BATTERY under 775.803-4 And 944.35. 768.28 F.S.

(6.) DEFENDANT NORMAN Actions in using Physical Force Against Plaintiff without NEED OR Provocation constitued The tort's OF ASSAULT And BATTERY under 775.803-4 And 944.35. 768.28 F.S.

(7.) DEFENDANT Hodges Actions using Physical Force Against Plaintiff without NEED OR Provocation constitued The tort's OF ASSAULT And BATTERY under 775.803-4 And 944.35. 768.28 F.S.

(8.) DEFENDANT ASKEW Actions in using Physical Force Against Plaintiff without NEED OR Provocation constitued The tort's OF ASSAULT And BATTERY under 775.803-4 And 944.35 768.28 F.S.

Continue STATEMENT OF CLAIM

(9.) DEFENDANTS ACTIONS WERE OUTSIDE OF THEIR EACH EMPLOYMENT AND IN VIOLATION OF THE DEFENDANT(S) OWN RULES, POLICY WHILE ACTING OUTSIDE THE SCOPE OF THEIR EACH EMPLOYMENT ARE (SUED EACH IN THEIR) INDIVIDUAL CAPACITY INDIVIDUALLY.

8-D

Statement of Facts, continued:

33-602.033 (4) (10) (12) POLICY. WHILE
PULLING REC YARD THESE NAMED OFFICER(S)
PUT A HIT OUT ON ME THEY NAMES ARE:
SGT. NAPIER  C/o NORMAN  C/o ASKEW And
C/o HODGES. THESE OFFICERS PAID INMATE
CHARLES DANIELS #768027 TO ASSAULT ME
WHILE RESTRAINTED.

THE CAMERAS WILL REFLECT THE EVIDENCE
THAT SGT. NAPIER PULL I/m DANIELS
OUT HIS CELL 4201, THEN I/m WILLIAMS
WHO HOUSED IN 4202 BEEN PULLED
THEN CELL 4203 WAS PULLED, ALL THESE
WAS SUPPOSED TO HAVE BEEN IN A REC
CAGED, BUT I WAS PULL 4207 BEFORE
4206 WHICH HOUSED I/m MC MILLAN.
AS I EXIT MY CELL 4207 And WING
(4) YARD EXIT DOOR WHILE RESTRAINTED
I WAS VICIOUS ASSAULTED BY INMATE
DANIELS WHO WAS TOTALLY OUT HIS
HAND CUFFS WHILE SGT. NAPIER
C/o ASKEW  C/o NORMAN And C/o HODGES
ALL INCITED INMATE DANIELS ATTACK
ON ME WHILE I WAS CUFFED BEHIND

DC 225 (Rev. 9/03)

<u>STATEMENT OF FACTS Continued:</u>

MY back And All OFFICER(S) Mention HEREIN ALSO HELd ME Inside The YARd EXit Room DooR And told inmate DANIELS Dont Kill Him Just teach Him A Lesson! All OFFICER(S) WAS PRESENCE And FAILED to intERVENE And DIRECt KnowLEdge tHAt I'll BE ASSAULtED And FAILED to tAKE Actions to StoP it but <u>incite</u> it to HAPPEN! When I tRIED to Run FRom the Attack bY inmate DANIELS All CORRECtionAL OFFICER(S) Push mE bAck into the lil Room ■ AREA So the CAMERS could'nt SEE ME but inmate mc millan WAS Standing Down StAiRS WhiLE I WAS BEing Attack I HAVE WitnESSES AS WElI 4203. I WAS Punch REPEAtlY in mY FACE HEAd NECK And WAS Kick in mY FACE LEFt ShouLdER And

9-A

STATEMENT OF FACTS Continued:

back while I was Restrainted At All times! Those NAMED OFFICERS tHAt SEt ME uP committed ASSAULt And battery Against me under 775.803-4 And Act in bad FAith GROSS NEgLigence under 944.35 768.28 F.S. And these OFFICER(S) VIOLAted their own RuLES under 33-208.002(8) 33-208.003(24) And these OFFICER(S) VIOLAted my 8th And 14th And PARt 13th Constitution Rights.

I toLd Clo tomlinson I wANt to REPORt this ISSUE to MEDicAL which HE did. So I was ExmAining by NuRSE BEStoSo who DOCumENtED All injuRiES SustAinED FROm the AttACK And SENt me to UCA which

9-B

## STATEMENT OF FACTS Continued:

I Had to HAVE MY <u>mouth</u> <u>Stitched</u> And other treatment For MY injuries. I WAS SEEN BY md. AVILE who stitched MY mouth uP And KEPT ME UP At UCA For Further observation And he Had ms. D.Woodie to WRITE A incident REPORT CAUSE I had SERIOUS knots to MY HEAD And FACE who SENT the REPORT to the inSPECTOR For Action to be done. I WANT All CAMERAS SAVED in ACCORdANCE <u>33-602.</u> <u>033 (4) (10) (12)</u> And <u>33-601.304 (F)</u> SGt.NAPIER C/o Hodges And C/o NORMAN tells me this is PAY back For WRITING GRIEVANCES Against them (SEE... GRIEVANCE Log#0808-213-033. The Above NAME OFFICERS RetAliAtEd on me For uSing the GRIEVANCE PROCEduRE AGAinst them.

9-c

VIII.    <u>RELIEF REQUESTED:</u>   State briefly what you want the Court to do for you.  Again, do not
make any legal arguments or cite any cases or statutes.

(1.) ORdER DEFENdANt(S) to COVER The
COSts OF PLAINtiFF MEdICAL NEEds
AS A RESULt FROM THE AttACK
ANd PAY ALL COURt FEES ANd
AttORNEY FEES ALSO PLAINtiFF COPY
FEES
                    (CONtINUE ON 10-A)

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.**

Signed this ___16___ day of ___MArch___, 2 _009_ .

_Phillip Davyf_

_____
(Signatures of all Plaintiffs)

DC 225 (Rev 9/03)                              10

<u>RELIEF REQUESTED continue</u>

DEFENDANT NAPIER ARE SUED 100.000. FOR PLAINTIFF Physical INJURIES And Emotional INJURIES IN VIOLATION OF PLAINTIFF <u>1st</u> <u>8th</u> And <u>14th</u> Con-Stitutions Knowingly OR RECKLESSLY disREGARDED Risk OF SERIOUS harm dELiBERATE indiFFERENCE to A substantiAL Risk OF SERIOUS HARM Acts OR omissions RESULTED in the Constituton DEPRIVATION is SUED in his individuAL CAPACity UNDER CoLoR OF StAtE LAW.

DEFENDANT NORMAN ARE SUED 100.000. FoR PLAINTiFF PhysicAL INJURIES And EmotionAL INJURIES IN VIOLATion OF PLAINtiFF <u>1st</u> <u>8th</u> and <u>14th</u> constitut-ions Knowingly OR RECKLESSly disREGARded Risk OF SERIOUS HARM dELiBERATE indiFFERENCE to A substantiAL Risk OF SERIOUS HARM Acts OR omissions RESULTed in the constitution DEPRIVATion IS SUED in his individuAL CAPACity UNDER CoLoR OF StAtE LAW.

10 - A

## RELIEF REQUESTED Continue

DEFENDANT Hodges ARE SUED 100,000, FOR PLAINTIFF Physical INJURIES And Emotional INJURIES IN VIO-LATION OF PLAINTIFF 1st 8th And 14th constitutions Knowingly OR RECKLESSly disREGARDED RISK OF SERIOUS HARM deLiberate indiFFERENCE to A Substantial Risk OF SERIOUS HARM Acts OR omissions RESULTed in the Constitution DEPRi-VATion IS SUED in His individual CAPacity UNDER COLOR OF State LAW.

DEFENDANT ASKEW ARE SUED 100,000, FOR PLAINTIFF Physical INJURIES And Emotional INJURIES IN VIO-LATION OF PLAINTIFF 1st 8th And 14th constitutions Knowingly OR RECKLESSly disREGARDED RISK OF SERIOUS HARM deLiberate indiFFERENCE to A Substantial Risk OF SERIOUS HARM Acts OR omissions RESULTed in the Constitution DEPRi-VATion IS SUED in His individual CAPacity UNDER COLOR OF State LAW.

10-B

## RELIEF REQUESTED continue

DEFENdAnt(S) ARE SUED 150.000. EACH And Jointly FOR PLAintiff PhySICAL And EmotionAL INJURIES In dAMAGES In +HEIR CAPACITIES UNDER COLOR OF StAtE LAW.

DEFEndAnt(S) Act UNDER COLOR OF StAtE LAW At the time OF +HESE VIOLAtions And Continued +o Act UNDER COLOR OF StAtE lAW.

RESPEctFully Submitted:

_Phillip Daughtry_

PhiLLiP DAUGHTRY

DC# K53079

Union correctionAL inSt.

7819 n.w. 228th STREEt

RAiFord, FLORidA 32026

10-C

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that A tRUE And correct
COPY OF CIVIL compLAint FORM HAS bEEN
PLAcED in the HAnds of Prison OFFiciALS
to bE MAiLEd to the united stAtEs
DISTRICt COURt MiddLE DistRict of
FLORidA JAcksonvILLE FLORidA DIVISon
300 north HoGAN Street Suite# 9-150
JAckSonViLLE FLORidA 32202-42710n
March 16,                        2009

Phillip DaughtRY
D.C.# K53079
union correctional inst.
7819 N.w. 228th Street
RAiford FLoridA
                    32026

11